IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| ANTONIO BROWN | § | |
| VS. | § | CIVIL ACTION NO.  1:17cv166 |
| OFFICER COLEMAN | § | |

## ORDER ADOPTING THE MAGISTRATE
## JUDGE'S REPORT AND RECOMMENDATION

Antonio Brown, proceeding *pro se*, filed the above-styled civil rights lawsuit.  The court referred this matter to the Honorable Zack Hawthorn, United States Magistrate Judge, for consideration pursuant to applicable orders of this court.  The magistrate judge has submitted a Report and Recommendation of United States Magistrate Judge recommending this case be dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(b).

The court has received and considered the Report and Recommendation of United States Magistrate Judge.  No objections to the Report and Recommendation were filed.

## ORDER

Accordingly, the findings of fact and conclusions of law of the Magistrate Judge are correct and the report of the Magistrate Judge is **ADOPTED**.   A final judgment shall be entered dismissing this lawsuit.

**SIGNED** this the 12 day of **January, 2018.**

_____
Thad Heartfield
United States District Judge